UNITED STATES of America, Plaintiff-Appellee,

v.

Robert Lee NOBLES, Defendant-Appellant.

No. 73–2280.

United States Court of Appeals, Ninth Circuit.

Sept. 24, 1975.

Nicholas R. Allis, Deputy Federal Public Defender, Los Angeles, Cal. (argued), for defendant-appellant.

Darrell McIntyre, Asst. U. S. Atty. (argued), Los Angeles, Cal., for plaintiff-appellee.

OPINION

Before ELY and KILKENNY, Circuit Judges, and ENRIGHT,* District Judge.

PER CURIAM:

Pursuant to the decision of the Supreme Court of the United States, dated June 23, 1975, the judgment of the District Court is affirmed. *United States v. Nobles,* 422 U.S. 225, 95 S.Ct. 2160, 45 L.Ed.2d 141 (1975), rev'g *United States*

---

* The Honorable William B. Enright, United States District Judge for the Southern District of California, sitting by designation.

*v. Brown,* 501 F.2d 146, 150–157 (9th Cir. 1974). The panel has reconsidered all issues raised by the appellant, and finds no grounds for reversal.